UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 23-435 (RBW) |
| ) | |
| MICHAEL BRADLEY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the Defendant's Motion Consent to Continue Status Conference and Request for Trial Date, ECF No. 20, it is hereby

**ORDERED** that the Defendant's Motion Consent to Continue Status Conference and Request for Trial Date, ECF No. 20, is **GRANTED IN PART, DENIED IN PART, AND HELD IN ABEYANCE IN PART**. The motion is **GRANTED** to the extent it seeks a continuance of the status hearing currently scheduled for January 18, 2024. The motion is **DENIED** to the extent it requests that the trial of this case be scheduled in 2025. The motion is **HELD IN ABEYANCE** in all other respects, pending the filing of a notice signed by the defendant regarding the Speedy Trial Act. It is further

**ORDERED** that the status hearing currently scheduled for January 18, 2024, is **CONTINUED** to February 21, 2024, at 2:30 p.m., via videoconference. It is further

**ORDERED** that jury selection and trial of this case shall commence on April 22, 2024, at 9:00 a.m.[1] The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E.

---

[1] The Court may reassess the trial date depending on the information provided during the February 21, 2024 status hearing regarding the Georgia state court case in which the defendant's daughter is a victim.

Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that, on or before January 24, 2024, the defendant shall file a notice on the docket, signed by the defendant, indicating whether he consents to the exclusion of time under the Speedy Trial Act from January 18, 2024, to February 21, 2024, in light of the postponement of the status conference in an unrelated Georgia state court case in which the defendant's daughter is the victim and the resulting need for additional time to determine the status of that case.

**SO ORDERED** this 17th day of January, 2024.

_____
REGGIE B. WALTON
United States District Judge