UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) Criminal Action No. 23-435 (RBW) <br> ) |
| MICHAEL BRADLEY, | ) <br> ) |
| Defendant. | ) <br> ) |

**ORDER**

In light of the defendant's Notice, ECF No. 23, it is hereby

**ORDERED** that the Defendant's Motion Consent to Continue Status Conference and Request for Trial Date, ECF No. 20, is **GRANTED**.[1]  It is further

**ORDERED** that the time from January 18, 2024, to February 21, 2024, is excluded under the Speedy Trial Act, in light of the postponement of the status conference in an unrelated Georgia state court case in which the defendant's daughter is the victim and the resulting need for additional time to determine the status of that case.

**SO ORDERED** this 25th day of January, 2024.

REGGIE B. WALTON
United States District Judge

---

[1] On January 17, 2024, the Court granted in part, denied in part, and held in abeyance in part the defendant's motion. See Order at 1 (Jan. 17, 2024), ECF No. 22.  The motion was granted to the extent that it sought a continuance of the status hearing that was previously scheduled for January 18, 2024.  See id.  The motion was denied to the extent it requested that the trial of this case be scheduled in 2025.  See id.  And, the motion was held in abeyance in all other respects, pending the filing of a notice signed by the defendant regarding the Speedy Trial Act.  See id.  This Order grants the portion of the motion that the Court previously held in abeyance.