UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 23-cr-435 (RBW) |
| MICHAEL BRADLEY, : | |
| : | |
| Defendant. : | |

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE TRIAL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this unopposed motion and hereby requests that this court continue the current trial date of July 15, 2024 by one week to July 22, 2024.

### PROCEDURAL BACKGROUND

On February 21, 2024, the Court set a trial date of July 15, 2024 for the subject case. ECF No. 27. Following that hearing, government counsel determined that another trial matter, scheduled to begin on July 8, 2024, would potentially require more than one week to complete, creating a potential scheduling conflict between the two scheduled trials for one of the two detailed trial attorneys in this case. On July 22, 2024, defense counsel in the subject case confirmed that he had no objection to a proposed continuance of the trial date from July 15, 2024 to July 22, 2024, and noted that defense counsel was also currently scheduled to begin another trial on July 8, 2024.  Defense counsel also confirmed in writing on February 23, 2024 that the Defendant agreed to toll the time between July 15, 2024 and July 22, 2024 for the purposes of the Speedy Trial Act.

### CONCLUSION

A one week continuance in the trial date in this case will ensure both government and defense counsel are available for jury selection and the start of trial and will not significantly delay the matter. As a result, the government respectfully requests that the Court grant the

government's motion and continue the trial date in this case to July 22, 2024.

                                           Respectfully submitted,

                                           MATTHEW GRAVES
                                           United States Attorney

By:    */s/*_____
        Samuel White
        NC Bar # 44908
        Assistant United States Attorney
        United States Attorney's Office
        601 D Street, NW
        Washington, DC 20530
        Phone: (202) 431-4453
        Samuel.white@usdoj.gov