UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> MICHAEL BRADLEY, ) <br> ) <br> Defendant. ) <br> ) | Criminal Action No. 23-435 (RBW) |

**FILED**
JUN 12 2024
Clerk, U.S. District and
Bankruptcy Courts

**ORDER**

In accordance with the Court's oral rulings issued at the motion hearing and pretrial conference held on June 7, 2024, it is hereby

**ORDERED** that the United States' Motion in Limine to Preclude Improper Defense Arguments and Evidence, ECF No. 32, is **GRANTED**. It is further

**ORDERED** that the United States' Motion in Limine to Pre-Admit Certain Categories of Multimedia, ECF No. 33, is **HELD IN ABEYANCE** pending the Court's review of the photographic and video exhibits that the government intends to offer into evidence during trial. It is further

**ORDERED** that the Defendant's Motion to Dismiss Counts 3, 4, and 5, ECF No. 34, is **DENIED**. It is further

**ORDERED** that the Defendant's Motion to Transfer Venue, ECF No. 37, is **DENIED**. It is further

**ORDERED** that the parties shall appear for the continuation of the motion hearing and pretrial conference on June 21, 2024, at 3:00 p.m. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333

Constitution Avenue, N.W., Washington, D.C. 20001.[1]

    **SO ORDERED** this 11th day of June, 2024.

/s/ Reggie B. Walton<br>
REGGIE B. WALTON<br>
United States District Judge

---

[1] The defendant, Michael Bradley, shall be permitted to appear for the motion hearing and pretrial conference via videoconference.