UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | CASE NO. 23-CR-435 (RBW) |
| MICHEAL BRADLEY, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Micheal Bradley, with the concurrence of his attorney, agree and stipulate to the following:

### *The Capitol Building and Grounds*

1. By law, the U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police ("USCP"). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. On January 6, 2021, the Capitol was closed to the public and accessible by only those with credentialed access or their guests. Only authorized people with appropriate identification are allowed access inside the Capitol. At the U.S. Capitol, the building itself has 540 rooms covering 175,170 square feet of ground, roughly four acres. The building is 751 feet long (roughly 228 meters) from north to south and 350 feet wide (106 meters) at its widest point. The U.S. Capitol Visitor Center is 580,000 square feet and is located underground on the east side of the Capitol. On the west side of the Capitol building is the West Front, which includes variety of open concrete spaces, a fountain surrounded by a walkway, two broad staircases, and multiple terraces at each floor. On January 6, 2021, the inaugural stage scaffolding was on the West Front of the Capitol building.

On the East Front are three staircases, porticos on both the House and Senate side, and two large skylights into the Visitor's Center surrounded by a concrete parkway.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public and there were security barriers erected around this Restricted Area, including bike racks that were positioned to the north of the U.S. Capitol along Constitution Avenue; to the south of the U.S. Capitol along Independence Avenue; to the west of the U.S. Capitol along First Street on the eastern side of that street; and, on the east side of the U.S. Capitol, between the Capitol Plaza (East Front) and the grassy areas located between the Plaza and First Street. Within the West Front of the Restricted Area there were additional temporary barriers due to preparations and ongoing construction for the Inauguration which was scheduled for January 20, 2021, including green snow fencing and signs stating "Area Closed By order of the United States Capitol Police Board."

### *The Certification of the Electoral College Vote*

3. On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in both the House and Senate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020.

4. On January 6, 2021, the House of Representatives began its session at approximately 12:00 p.m., the Senate began its session at approximately 12:30 p.m., and the two Houses met together at approximately 1:00 p.m. in the House of Representatives chamber to begin the joint session. Vice President Mike Pence was in the Capitol building and presiding over the

joint session. At approximately 1:15 p.m., the House and Senate adjourned to their separate chambers for up to two hours to resolve a particular objection.

5.  At approximately 2:12 p.m., Vice President Pence evacuated the Senate chamber, and approximately one minute later the senator who had become the presiding officer in Vice President Pence's absence declared that the Senate would stand in recess. Senators evacuated the Senate chamber.

6.  At approximately 2:15 p.m., Speaker Nancy Pelosi, who was presiding over the House of Representatives, evacuated the House chamber, and approximately fifteen minutes later the representative who had become the presiding officer in her absence declared that the House would stand in recess. Representatives evacuated the House chamber. Other Representatives were evacuated later from the House Gallery.

7.  The joint session was suspended.

8.  The Senate and House resumed meeting at approximately 8:06 p.m. and 9:02 p.m., respectively. Congress's joint session continued until approximately 3:44 a.m. on January 7, 2021, when it completed the certification of the Electoral College vote.

### *The Civil Disorder*

9.  Beginning at approximately 12:53 p.m. on January 6, 2021, and continuing until approximately 6:30 p.m. on January 6, 2021, the events on the Grounds of the U.S. Capitol and in the U.S. Capitol building constituted a "civil disorder" as that term is used in Title 18, United States Code, Section 231(a)(3), which means that it was a public disturbance involving acts of violence by assemblages of three or more persons, which caused an immediate danger of or resulted in damage or injury to the property or person of any other individual.

*Interstate Commerce*

10. The civil disorder on the Grounds of the U.S. Capitol and in the U.S. Capitol building on January 6, 2021, as described in paragraph 10, obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce as those terms are used in Title 18, United States Code, Section 231(a)(3). The term "commerce" means commerce (A) between any State or the District of Columbia and any place outside thereof; (B) between points within any State or the District of Columbia, but through any place outside thereof; or (C) wholly within the District of Columbia.

11. Under the Constitution, Congress has the exclusive power to enact laws for the District of Columbia.

*Federally Protected Function*

12. The civil disorder on the Grounds of the U.S. Capitol and in the U.S. Capitol building on January 6, 2021, as described in paragraph 10, adversely affected a "federally protected function" as that term is used in Title 18, United States Code, Section 231(a)(3). That means that the civil disorder adversely affected any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. The federally protected functions that were adversely affected included the following: the United States Capitol Police's protection of the U.S. Capitol and the Capitol grounds, and the United States Secret Service's protection of the Vice President of the United States and immediate family members of the Vice President.

### *Officers from the United States Capitol Police and Washington, D.C., Metropolitan Police Department*

13. On January 6, 2021, USCP officers on the U.S. Capitol Grounds and in the U.S. Capitol building were engaged in their official duties as officers or employees of the United States or of any agency in any branch of the United States Government, as those terms are used in Title 18, United States Code, Section 1114.

14. On January 6, 2021, officers from the Washington, D.C., Metropolitan Police Department ("MPD") on the U.S. Capitol Grounds and in the U.S. Capitol building were assisting officers from the USCP who were engaged in their official duties as officers or employee of the United States or of any agency in any branch of the United States Government, as those terms are used in Title 18, United States Code, Section 1114.

### *United States Capitol Police Closed Circuit Video Monitoring*

15. USCP operates and maintains closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds. The video equipment timestamps each recording with the date and time at which the footage is captured. The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021 is footage from January 6, 2021. The events depicted in the video footage are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way. The video footage is authentic in that it is what it purports to be. The Government Exhibits in the 200 series are derived from USCP closed-circuit footage from January 6, 2021.

### *Metropolitan Police Department Body-Worn Cameras*

16. Members of the MPD utilize equipment known as body-worn cameras ("BWC"). BWC record both audio and video. The equipment timestamps each recording with the date and time at which the footage is captured. The BWC equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021 is footage from January 6, 2021. The events depicted in the video footage are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way. The video footage is authentic in that it is what it purports to be. The Government Exhibits in the 300 series are derived from MPD BWC footage from January 6, 2021.

### *Third Party Photographic and Video Footage*

17. The Government Exhibits in the 400 series and Defense Exhibits 1-7 are photographs and/or videos taken on January 6, 2021 by individuals who were present on the Capitol grounds. The events depicted in the photographs and videos are a fair and accurate depiction on the events at the U.S. Capitol on January 6, 2021, and the images and footage have not been altered or edited in any way. The photographic and video footage is authentic in that it is what it purports to be.

### *The Defendant's Presence on the U.S. Capitol Grounds*

Government Exhibits 1004 and 1006 depicts the defendant, Micheal Bradley, on the U.S. Capitol Grounds on January 6, 2021. In these exhibits, and at other times on January 6, 2021, Bradley was wearing a quilted camouflage jacket, a camouflage baseball hat, brown gloves, blue jeans and grey sneakers.



Gov. Exh. 1004



Gov. Exh. 1006

| FOR THE DEFENDANT | Respectfully submitted, |
|---|---|
| | FOR THE UNITED STATES |
| | MATTHEW M. GRAVES |
| | United States Attorney |
| | D.C. Bar No. 481052 |
| *[signature]* | By: *[signature]* |
| Paul Enzinna, Esq. | Alexandra F. Foster |
| Counsel for Micheal Bradley | D.C. Bar No. 470096 |
| | Samuel White |
| | North Carolina Bar No. 44908 |
| | Assistant United States Attorneys |