| | | |
|---|---|---|
| Government | X | |
| Plaintiff | ☐ | |
| Defendant | ☐ | |
| Joint | ☐ | |
| Court | ☐ | |

UNITED STATES OF AMERICA
VS.
MICHAEL BRADLEY

Civil/Criminal No. 23-CR-00435

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | 000 - Capitol Photos | | | | |
| 001 | Restricted Perimeter | | | | |
| 002 | Capitol photo with signs | | | | |
| 003 | Capitol Police sign itself | | | | |
| 004 | Photograph of Area Closed sign | | | | |
| 005 | Photograph of Area Closed sign | | | | |
| 006 | Photograph of Area Closed sign | | | | |
| | 100 - 3D Capitol Building and Grounds | | | | |
| 101 | Rendering of Capitol | | | | |
| 102 | Capitol Building 3D Map | | | | |
| 103 | US-Capitol_NW_WestPlaza_01 | | | | |
| 104 | US-Capitol_NW_WestPlaza_02 | | | | |

1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 105 | US-Capitol_NW_WestPlaza_04 | | | | |
| 106 | US-Capitol_NW_WestPlaza_11 | | | | |
| 107 | US-Capitol_Peace Circle_2 | | | | |
| 108 | US-Capitol_Peace Circle_3 | | | | |
| 109 | US-Capitol_Peace Circle_5 | | | | |
| 110 | US-Capitol_Peace Circle_6 | | | | |
| 111 | US-Capitol_Exterior_8 | | | | |
| | 200 - USCP CCV | | | | |
| 201 | USCP CCV Video Montage | | | | |
| 202 | West Front Time Lapse | | | | |
| 203 | CCTV Motorcade Moving East Side of the Cap | | | | |
| 204 | CCTV evacuation of VP Pence | | | | |
| 205A | 0074 E USCH BA Lower W Terrace Door- 2021- 01-06_15h45min00s000ms | | | | |
| 205B | 0074 E USCH BA Lower W Terrace Door- 2021- 01-06_16h25min00s000ms | | | | |
| 205C | 0074 E USCH BA Lower W Terrace Door- 2021- 01-06_16h30min00s000ms | | | | |
| 206 | 0074 E USCH BA Lower W Terrace Door- 2021- 01-06_16h25min00s000ms version 2 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 300 - BWC Videos | | | | | |
| 301 | BWC Footage ANDREW WAYTE_ | | | | |
| 301A | BWC Footage ANDREW WAYTE ver. 2 | | | | |
| 302 | BWC Footage BRAYDEN DYER_ (Loaner BWC) | | | | |
| 302A | BWC Footage BRAYDEN DYER_ (Loaner BWC) ver. 2 | | | | |
| 303 | BWC Footage CARTER MOORE | | | | |
| 303A | BWC Footage CARTER MOORE ver. 2 | | | | |
| 303B | BWC Footage CARTER MOORE ver. 3 | | | | |
| 304 | BWC Footage DIVONNIE POWELL | | | | |
| 304A | BWC Footage DIVONNIE POWELL ver. 2 | | | | |
| 305 | BWC Footage LILA MORRIS | | | | |
| 306 | BWC Footage STEVEN SAJUMON | | | | |
| 306A | BWC Footage STEVEN SAJUMON ver 2. | | | | |
| 400 - Third Party Videos and Images | | | | | |
| 401 | Open-Source Video from the Lower West Terrace (A2E3xKg7RPdaosk93) | | | | |
| 401A | Open-Source Video from the Lower West Terrace (A2E3xKg7RPdaosk93) ver. 2 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 402 | Open-Source Video from the Lower West Terrace (Bradley GJE 3) | | | | |
| 402A | Open-Source Video from the Lower West Terrace (Bradley GJE 3) ver. 2 | | | | |
| 403 | Open-Source Video from the Lower West Terrace (Parler -4.26pm - v7NTo8ADJ2au_cvt) | | | | |
| 403A | Open-Source Video from the Lower West Terrace (Parler -4.26pm - v7NTo8ADJ2au_cvt_v01) ver. 2 | | | | |
| 404 | Open-Source Video from the Lower West Terrace (Part 009. I CAN'T BREATHE (ON THE STEPS). THE STORM ARRIVED) | | | | |
| 404A | Open-Source Video from the Lower West Terrace (Part 009. I CAN'T BREATHE (ON THE STEPS). THE STORM ARRIVED_v05) ver. 2 | | | | |
| 405 | Open-Source Video from the Lower West Terrace (Pm.) | | | | |
| 405A | Open-Source Video from the Lower West Terrace (Pm_v03) ver. 2 | | | | |
| 406 | Open-Source Video from the Lower West Terrace (Vlc-record-2024-03-13-12h29m39s- jan6, jan6, jan6-) | | | | |
| 406A | Open-Source Video from the Lower West Terrace (Vlc-record-2024-03-13-12h29m39s- jan6, jan6, jan6_v02) ver. 2 | | | | |
| 406B | Open-Source Video from the Lower West Terrace (D.C. Burning - Jan 6th DC Riots) | | | | |
| 407 | Open-Source Video from the Lower West Terrace (D.C. Burning - Jan 6th DC Riots) | | | | |
| 407A | Open-Source Video from the Lower West Terrace (D.C. BURNING - Jan. 6th DC Riots clipped_v01) ver. 2 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 408 | Open-Source Video from the Lower West Terrace (Jan 6 phone recovery Cut) | | | | |
| 408A | Open-Source Video from the Lower West Terrace (Jan 6 phone recovery Cut_v04) ver. 2 | | | | |
| 409 | Open-Source Video from the Lower West Terrace (January 6, 2021 New Clip) | | | | |
| 409A | Open-Source Video from the Lower West Terrace (January 6, 2021 New Clip_v03) ver. 2 | | | | |
| 410 | Open-Source Video from the Lower West Terrace (10000000_222135906057308_1709896189201208084_n_v03) ver. 2 | | | | |
| 410A | Open-Source Video from the Lower West Terrace (10000000_222135906057308_1709896189201208084_n_v03) ver. 2 | | | | |
| 411 | Open-Source Video from the Lower West Terrace (Capitol_police_officer_dragged_and_beate n_to_death 00_00_00_35) | | | | |
| 411A | Open-Source Video from the Lower West Terrace (Capitol_police_officer_dragged_and_beate n_to_death_00_00_00_35_v02.) ver. 2 | | | | |
| 412 | Open-Source Video from the Lower West Terrace (Chaos on Capitol Hill (Full Version)) | | | | |
| 412A | Open-Source Video from the Lower West Terrace (Chaos on Capitol Hill (Full Version) _v02) ver. 2 | | | | |
| 413 | Open-Source Video from the Lower West Terrace (Vlc-record-2024-03-13-12h21m38s) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 413A | Open-Source Video from the Lower West Terrace (Vlc-record-2024-03-13-12h21m38s) ver. 2 | | | | |
| 414 | Open-Source Video from the Lower West Terrace (Parler - 4.28 - pm - kiBnNejo0JW0_cvt) | | | | |
| 414A | Open-Source Video from the Lower West Terrace (Parler - 4.28 - pm - kiBnNejo0JW0_cvt_v01) ver. 2 | | | | |
| 415 | Video of from the Lower West Terrace | | | | |
| 415A | Video of from the Lower West Terrace ver. 2 | | | | |
| 416 | Open-Source Video from the Lower West Terrace (Vlc-record-2024-03-13-12h18m32s) | | | | |
| 416A | Open-Source Video from the Lower West Terrace (Vlc-record-2024-03-13-12h18m32s) ver. 2 | | | | |
| 417 | Open-Source Video from the Lower West Terrace (American-summer.us) | | | | |
| 417A | Open-Source Video from the Lower West Terrace (American-summer.us) ver. 2 | | | | |
| 418 | Open-Source Video from the Lower West Terrace (Vlc-record-2024-07-03-13h55m34s) | | | | |
| 418A | Open-Source Video from the Lower West Terrace (Vlc-record-2024-07-03-13h55m34s) ver. 2 | | | | |
| 419 | Open-Source Video from the Lower West Terrace (Vlc-record-2024-07-03-14h13m41s- [youtube] Norman Koch DC 1 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | 6 21(2) Zc RFEYn HWy M -https archive.org_details_youtube- norman-koch-dc-1-6-21-2-zc-rfeyn-hwy-m) | | | | |
| 419A | Open-Source Video from the Lower West Terrace (Vlc-record-2024-07-03-14h13m41s-[youtube] Norman Koch DC 1 6 21(2) Zc RFEYn HWy M -https archive.org_details_youtube-norman-koch-dc-1-6-21-2-zc-rfeyn-hwy-m) ver. 2 | | | | |
| 420 | Open-Source Video from the Lower West Terrace (Vlc-record-2024-07-03-14h06m36s-Facebook_FOX5Vegas.mp4) | | | | |
| 420A | Open-Source Video from the Lower West Terrace (Vlc-record-2024-07-03-14h06m36s-Facebook_FOX5Vegas.mp4) ver. 2 | | | | |
| 421 | Open-Source Video from the Lower West Terrace (Vlc-record-2024-07-03-14h00m47s-ZGidvrC4Gfr5osnT7 - https _archive.org_details_ZGidvrC4Gfr5osnT7) | | | | |
| 421A | Open-Source Video from the Lower West Terrace (Vlc-record-2024-07-03-14h00m47s-ZGidvrC4Gfr5osnT7 - https _archive.org_details_ZGidvrC4Gfr5osnT7) ver. 2 | | | | |
| 422 | Open-Source Video from the Lower West Terrace (Vlc-record-2024-07-03-13h53m45s-YouTube_Abzal_Lesbekov.mp4) | | | | |
| 422A | Open-Source Video from the Lower West Terrace (Vlc-record-2024-07-03-13h53m45s-YouTube_Abzal_Lesbekov.mp4) ver. 2 | | | | |
| 423 | Open-Source Video from the Lower West Terrace (Vlc-record-2024-07-03-13h58m45s-Facebook_john.cheney.547.mp4) | | | | |
| 423A | Open-Source Video from the Lower West Terrace (Vlc-record-2024-07-03-13h58m45s-Facebook_john.cheney.547.mp4) ver. 2 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 424 | Open-Source Video from the Lower West Terrace (Vlc-record-2024-07-03-14h27m22s-YouTube_News2Share.mp4) | | | | |
| 424A | Open-Source Video from the Lower West Terrace (Vlc-record-2024-07-03-14h27m22s-YouTube_News2Share.mp4) ver. 2 | | | | |
| 425 | (1_Washington_DC_Capitol_B.mpeg4) | | | | |
| 425A | (1_Washington_DC_Capitol_B.mpeg4) ver. 2 | | | | |
| 426 | Gettyimages-1230465064-2048x2048.jpg | | | | |
| 427 | IMG_4418.jpg | | | | |
| 428 | Open-Source Video from the Lower West Terrace(AL_THE_GREAT_US_Capitol_Riot_and_Civic_Unrest) | | | | |
| 429 | IMG_ 429.PNG | | | | |
| 500 | 500 - Combined Videos | | | | |
| 501 | CCTV 0074_Bradley Ex 3_SYNCH_v04 | | | | |
| 600 | 600 - Defendant Statement | | | | |
| 601 | Defendant Custodial Interview | | | | |
| 602 | Transcript of Defendant Custodial Interview | | | | |
| 603 | Excerpt from Defendant Custodial Interview | | | | |
| 700 | 700 - Business Records and Official Docs | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 701 | Safeway Business Records Certification | | | | |
| 702 | Mid-Atlantic Daily Sales Report 01.05.21 thru 01.07.21 redacted | | | | |
| 703 | Email DC closure | | | | |
| 704 | PA shipment | | | | |
| 705 | DC Register | | | | |
| 706 | Closure of West Front Police Order | | | | |
| 707 | Ground Closure Announcement | | | | |
| 800 - USSS Records | | | | | |
| 801 | USSS HOS Notification - Vice President Pence wife daughter 01.06.21 (REDACTED) | | | | |
| 802 | HOS Notification - Visit of Vice President | | | | |
| 900 - Stipulations | | | | | |
| 901 | The Capitol Building and Grounds | | | | |
| 902 | The Certification of the Electoral College Vote | | | | |
| 903 | The Civil Disorder | | | | |
| 904 | Interstate Commerce | | | | |
| 905 | Federally Protected Function | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 906 | Officers from the United States Capitol Police and Washington, DC Metropolitan Police Department | | | | |
| 907 | United States Capitol Police Closed Circuit Video Monitoring | | | | |
| 908 | Metropolitan Police Department Body Worn Camera | | | | |
| 909 | Third Party Photographic and Video Footage | | | | |
| 910 | The Defendant's Presence on the U.S. Capitol Grounds | | | | |
| 911 | Designated Area and Defendant Actions | | | | |
| 1000 - Defendant Photos | | | | | |
| 1001 | Bradley at Peace Circle | | | | |
| 1002 | Bradley with baton | | | | |
| 1003 | Bradley near tunnel | | | | |
| 1004 | Bradley after swinging | | | | |
| 1005 | Bradley after swinging | | | | |
| 1006 | Bradley full body near Tunnel | | | | |
| 1007 | Bradley after swinging | | | | |